**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Brown Family Network LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 86-3935904 | |
| 4. **Debtor's address** | **Principal place of business** 8022 Wilkerson Lane Number    Street  Palmetto         GA    30268 City              State    ZIP Code  Fulton County County | **Mailing address, if different from principal place of business** Post Office Box 1099 Number   Street  P.O. Box  Palmetto          GA    30268 City                State    ZIP Code  **Location of principal assets, if different from principal place of business** Number   Street  City                State    ZIP Code |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Brown Family Network LLC**  Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**5311** |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br> ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br> ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br> ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br> ☐ A plan is being filed with this petition.<br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☐ No<br>☒ Yes.  District **N.D.GA.**  When **11/05/2024**  Case number **24-61826**<br>            MM / DD / YYYY<br>  District _____  When _____  Case number _____<br>            MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____  Relationship _____<br>  District _____  When _____<br>            MM / DD / YYYY<br>  Case number, if known _____ |

Debtor  Brown Family Network LLC _____   Case number (*if known*)_____
     Name

| | | |
|---|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:* | |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                  Number     Street

    _____
    _____  _____  _____
    City                      State   ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. **Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy               page **3**

Debtor  Brown Family Network LLC  
     Name

Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/03/2025  
             MM / DD / YYYY

✘ /s/ Johnny Dewayne Brown            Johnny Dewayne Brown  
Signature of authorized representative of debtor      Printed name

Title  CEO

**18. Signature of attorney**

✘ /s/ Benjamin Keck            Date  02/03/2025  
Signature of attorney for debtor                     MM / DD / YYYY

Benjamin Keck  
Printed name  
Keck Legal, LLC  
Firm name  
2801 Buford Highway NE Suite 115  
Number     Street  
Atlanta                             GA       30329  
City                                State     ZIP Code

4708266020                   bkeck@kecklegal.com  
Contact phone                  Email address

943504                           GA  
Bar number                          State

**Fill in this information to identify the case:**

Debtor name: Brown Family Network LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kapitus LLC<br>2500 Wilson Boulevard<br>Suite 350<br>Arlington, VA, 22201 | 646-876-2028<br>ppalaszynski@kapitus.com | | | | | 73,169.40 |
| 2 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 65,000.00 |
| 3 | The Fundworks, LLC<br>299 South Main Street<br>Suite 1300 PMB 93894<br>Salt Lake City, UT, 84111 | (844) 644-3863<br>danielg@thefundworks.com | | | | | 22,000.00 |
| 4 | Robert Half<br>3001 Bishop Drive<br>Ste 140<br>San Ramon, CA, 94583 | Tiffany Craig<br>925-913-2779<br>tiffany.craig@roberthalf.com | | | | | 21,184.00 |
| 5 | Medcare<br>4915 Atlanta Hwy<br>Unit 131<br>Flowery Branch, GA, 30542 | 8884743380<br>tracy@medcarestaffing.com | | | | | 17,000.00 |
| 6 | Altus Receivables Management, Inc.<br>2121 Airline Dr<br>Suite 520<br>Metairie, LA, 70001 | Shrief Salama<br>(504) 238-0979<br>shrief.salama@trustaltus.com | | | | | 13,390.73 |
| 7 | Quadient Finance USA, Inc.<br>PO BOX 6813<br>Carol Stream, IL, 60197 | 800-636-7678 | | | | | 6,700.24 |
| 8 | South State Bank<br>455 Epps Bridget Pkwy<br>Suite 104<br>Athens, GA, 30606 | | Potential deficiency claim | | | | 0.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Brown Family Network LLC  
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  
Name

Case number *(if known)*‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Georgia Department of Labor<br>148 Andrew Young Int'l Blvd. NE<br>Atlanta, GA, 30303 | | Taxes & Other Government Units | | | | 0.00 |
| 10 | Georgia Department of Revenue<br>1800 Century Center Blvd<br>Suite 9100<br>Atlanta, GA, 30345 | | Taxes & Other Government Units | | | | 0.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

United States Bankruptcy Court

Northern District of Georgia

In re: Brown Family Network LLC

Debtor(s)

Case No.

Chapter  11

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/03/2025

/s/ Johnny Dewayne Brown
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor

Altus Receivables Management, Inc.
2121 Airline Dr
Suite 520
Metairie, LA 70001


Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA 30303


Georgia Department of Revenue
1800 Century Center Blvd
Suite 9100
Atlanta, GA 30345


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Kapitus LLC
2500 Wilson Boulevard
Suite 350
Arlington, VA 22201


Medcare
4915 Atlanta Hwy
Unit 131
Flowery Branch, GA 30542


Quadient Finance USA, Inc.
PO BOX 6813
Carol Stream, IL 60197


Robert Half
3001 Bishop Drive
Ste 140
San Ramon, CA 94583


South State Bank
455 Epps Bridget Pkwy
Suite 104
Athens, GA 30606


The Fundworks, LLC
299 South Main Street
Suite 1300 PMB 93894
Salt Lake City, UT 84111

**United States Bankruptcy Court**

**IN RE:**                                                                                                   Case No._____

Brown Family Network LLC
_____ Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Johnny Dewayne Brown<br>Post Office Box 1099, Palmetto, GA 30268 | 100 | |